**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | No. CV 06-2336-PCT-PGR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SCHEDULING ORDER** |
| | ) | **FORFEITURE/PENALTY** |
| $25,615.00 in U.S. Currency, | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Federal Rules of Civil Procedure, Rule 16(b), the Court enters this Scheduling Order.  This action was commenced on **September 29, 2006.** The Clerk of the Court assigned this case to the expedited track, pursuant to the Local Rules of Practice for this Court, LRCiv. 16.2(b)(1(A)(i). Under LRCiv. 16.2(b)(1)(B), the Court sets the deadlines for the case management of this action, without holding a scheduling conference. Accordingly,

**IT IS ORDERED** that

1.    The deadline for completing discovery is six (6) months from the date the case is at issue, and

2.    The deadline for filing dispositive motions is seven (7) months from the date the case is at issue, such date prescribed in Rule 12, Federal Rules of Civil Procedure.

If this matter is stayed pending related criminal proceedings, a written joint status report shall be due every six (6) months from the date of Order to stay case.

**IT IS FURTHER ORDERED** that failure to comply with deadlines set herein shall result in dismissal of the case pursuant to LRCiv. 41.1.

Plaintiff shall serve Defendant with a copy of this Order within 15 days of an appearance.

DATED this 5th day of December, 2006.


Paul G. Rosenblatt
United States District Judge